# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                Chapter 13

                                                Bankruptcy No. 18-14133-AMC

JUAN J ESPINAL TAVERAS

5911 WALTON AVENUE

PHILADELPHIA, PA 19143

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JUAN J ESPINAL TAVERAS

    5911 WALTON AVENUE

    PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                      /s/ William C. Miller

Date: 9/4/2018

                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee