**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re    Juan J. Espinal Taveras        )  Chapter 13
                Debtor                   )
                                         )  No. 18-14133-AMC
                                         )
                                         )


### CERTIFICATION OF NO RESPONSE


I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.




                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtor

Date: 09/13/18