```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


        IN RE:                    : Chapter 13


        Juan J Espinal            : Case No. 18-14133-AMC
        Taveras

             Debtor(s)
```

## NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows:

```
                        16734 E Juneau
                        Montgomery, TX 77316



                        /s/ David M. Offen
                        David M. Offen, Esquire
                        Curtis Center, 1st Fl., Ste 160 W
                        601 Walnut Street
                        Philadelphia, PA 19106
                        215-625-9600
```

Dated: May 8, 2019